UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DEBRA ANN DAVIS,

       *Plaintiff*,                                   **MEMORANDUM AND ORDER**
                                                                       18-CV-1109 (RRM)

      - against -

NANCY A. BERRYHILL
Acting Commissioner of Social Security,

       *Defendant*.
-------------------------------------------------------X

      A Memorandum and Order of the undersigned having been issued this day denying defendant's motion for judgment on the pleadings granting plaintiff's motion, it is hereby:

      ORDERED, ADJUDGED AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings.

                                                                                SO ORDERED.

Dated:  Brooklyn, New York                          *Roslynn R. Mauskopf*
         September 30, 2019                    _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge